# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 21-5148 | September Term, 2021 |
| | 1:15-cv-00459-RBW |
| | Filed On: January 20, 2022 |

Rica Gatore, et al.,

      Appellants

  v.

United States Department of Homeland Security,

      Appellee

**BEFORE:** Wilkins, Rao, and Jackson, Circuit Judges

# O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**<u>Per Curiam</u>**

                                                              **FOR THE COURT:**
                                                              Mark J. Langer, Clerk

                                         BY:   /s/
                                                     Manuel J. Castro
                                                     Deputy Clerk