# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5148**                                          **September Term, 2022**

1:15-cv-00459-RBW

Filed On: November 7, 2022 [1972403]

Rica Gatore, et al.,

        Appellants

    v.

United States Department of Homeland Security,

        Appellee

    **BEFORE:**     Circuit Judges Millett, Pillard, and Rao

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 7, 2022 at 9:32 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    David L. Cleveland, counsel for Appellants.

    Bradley G. Silverman (AUSA), counsel for Appellee.

                                                            **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                  BY:     /s/
                                                             Anne A. Rothenberger
                                                             Deputy Clerk